UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LILLIAN PADILLA and MAGDA RODRIGUEZ

                      Plaintiffs,

-against-

THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION,

                      Defendants.
------------------------------------------------------------------- x

**ORDER**

09 Civ. 9210 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09

**IT IS HEREBY ORDERED THAT:**

1. Defendants' response to the Complaint shall be served and filed with the Court on or before January 7, 2010; and that

2. The Initial Conference currently scheduled for December 29, 2009, shall be adjourned to **January, 11** 20**10**, at **4:30**.

SO ORDERED:
Dated: Dec. 11, 2009
New York, New York

SHIRA A. SCHEINDLIN
United States District Judge